UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MIGUEL PALOMARES and RICHARD FELICIANO,**

       **Plaintiffs,**

**v.**                              **Case No:  6:15-cv-340-Orl-41KRS**

**KISSIMMEE PRODUCE, INC. and VITOR CORTES,**

       **Defendants.**

/

## ORDER

THIS CAUSE is before the Court on the parties' Joint Motion for Approval of Settlement (Doc. 33). United States Magistrate Judge Karla R. Spaulding issued a Report and Recommendation (Doc. 34), which recommends that the parties' motion be granted in part, that the Court find that the parties' agreement is a fair and reasonable resolution of a bona fide dispute, and that this case be dismissed with prejudice.

After an independent *de novo* review of the record and noting that no objections were timely filed, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 34) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement (Doc. 33) is **GRANTED in part**; the parties' agreement is **APPROVED**; and this case is **DISMISSED with prejudice**.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on February 11, 2016.



Copies furnished to:

Counsel of Record
Unrepresented Parties